IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MAJOR ROLLO,
      Plaintiff,

vs.                                   Case No.:  3:19cv4443/LAC/EMT

SHERIFF BOB JOHNSON, et al.,
      Defendants.
_____/

## O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on March 19, 2020 (ECF No. 9).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.    Plaintiff's claims against Defendants are **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1); and

3.      The clerk of court is directed to enter judgment accordingly and close

the case.

**DONE AND ORDERED** this 20th day of April, 2020.

s/*L. A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**